BURTCH, demandant, *against* HOAG, tenant.

An imparlance had been granted to the first day of the present term, for the tenant to plead ; which he omitted ; and his default was entered.

After the *quarto die post*,

*E. Cowen* moved that the default be opened and the tenant received to plead, the counsel who took the default being in court. He said he supposed the motion for the default stood on the footing of any ordinary non-enumerated motion ; which, under the like circumstances, would be opened during the term at which it was granted.

*J. L. Tillinghast*, contra, relied on the greater strictness which prevails as to real actions ; and cited 2 *Dunl. Pr.* 912.

*The supreme court are governed by the same rules in relieving against defaults in real, as in personal actions. And default for not pleading, will, at the same term when taken, the counsel who took it being present in court, be opened of course.*

*Curia.* The strictness contended for, has been much relaxed ; and, in real actions, we are now governed in granting relief against defaults by the same rules which prevail in personal actions.

Motion granted.